**1016**

No. 821, Misc.  ROETH *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  *Jay M. Vogelson* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 853, Misc.  JUSTUS *v.* NEW MEXICO.  C. A. 10th Cir.  Certiorari denied.

No. 1015, Misc.  JONES *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1035, Misc.  MARTINEZ *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1054, Misc.  HENIG ET AL. *v.* ODORIOSO ET AL. C. A. 3d Cir.  Certiorari denied.  *Victor L. Drexel* for respondents F. W. Woolworth Co. et al., and *Mark D. Alspach* for respondents Loftus et al.

No. 1091, Misc.  PORTER *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 1184, Misc.  CALLOWAY *v.* ROYSTER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 1139, Misc.  PELLICONE *v.* MANCUSI, WARDEN. C. A. 2d Cir.  Certiorari denied.